1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                         FOR THE DISTRICT OF ARIZONA
8
9  Sharon Vuncannon-Puckett,        )   No. CV-05-3923-PHX-NVW
                                    )
10        Plaintiff,                )   **ORDER**
                                    )
11 vs.                              )
                                    )
12                                  )
   State of Arizona, et al.,        )
13                                  )
          Defendant.                )
14                                  )
                                    )
15
16
17        The court has received and reviewed Plaintiff's Motion to Appear at Settlement
18 Conference via Teleconference as a Reasonable Accommodation (Doc. #36) and the
19 opposition and reply thereto.  The court notes that the plaintiff was admitted to the hospital
20 on September 18, 2006, with pulmonary and cardiac complications related to her disability
21 and that as of September 21, 2006, her physicians will not commit to when it will be safe to
22 release the Plaintiff from the hospital.
23        Because of the Plaintiff's uncertain medical status at this time and the importance of
24 the Plaintiff being present in person to facilitate in the effectiveness of the settlement
25 conference, the court will vacate the current settlement conference date.  Settlement
26 conference will be reset when the court is advised by Plaintiff's counsel that the Plaintiff is
27 stable and able to attend the settlement conference in person.  The court is aware of Judge
28 Wake's order extending the deadline for engaging in good faith settlement talks to October

1  27, 2006, and will do so if the Plaintiff's condition allows.  If Plaintiff's condition does not
2  improve to allow the settlement conference to be set within the deadline set by Judge Wake,
3  the court will order a telephonic status conference with counsel and will report the results to
4  Judge Wake.
5       IT IS THEREFORE ORDERED denying Plaintiff's Motion to Appear at Settlement
6  Conference Via Teleconference as a Reasonable Accommodation (Doc. #36.)
7       IT IS FURTHER ORDERED vacating settlement conference set September 27, 2006
8  at 9:00 a.m.
9       DATED this 26th day of September, 2006.

*[Signature]*
Edward C. Voss
United States Magistrate Judge